UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

    *Plaintiff,*       Case No.: 18-cv-00571-EAW

  - vs. -

JOHN DOE subscriber assigned IP address 69.204.6.161,

    *Defendant*.

## NOTICE OF MOTION

| | |
|---|---|
| **Motion Made By:** | Defendant, by and through counsel. |
| **Date, Time and Place:** | To Be Determined<br>Hon. Elizabeth A. Wolford<br>United States Courthouse<br>2 Niagara Square<br>Buffalo, NY 14202. |
| **Supporting Papers:** | Declaration of Parker R. MacKay, Esq.; Memorandum of law in support. |
| **Relief Requested:** | Quash Rule 45 subpoena and/or vacate prior decision and order, along with such other and further relief as the Court deems just and proper. |

Dated: October 8, 2018
      Kenmore, New York

                                    **THE LAW OFFICE OF PARKER R. MACKAY**
                                    *Counsel for Defendant John Doe*
                                     By: PARKER R. MacKAY, ESQ.
                                     3110 Delaware Avenue
                                     Kenmore, NY 14217
                                     Ph: (716) 803-8166
                                     Fx: (716) 408-1651
                                     Em: Parker@MacKayLawOffice.com

TO:     Jacqueline M. James, Esq.
          The James Law Firm, PLLC
          445 Hamilton Avenue, Suite 1102
          White Plains, New York 10601