**CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2018 I electronically filed the foregoing with the Clerk of the Court for the Western District of New York by using the CM/ECF system, which will send a notice of electronic filing to counsel for all parties.

                                                                           _____s/Parker R. MacKay_____
                                                                               PARKER R. MacKAY